AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 23-696 |
| | ) | |
| JOHN DOE aka Giovani Mancini | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 30, 2023 to May 5, 2023   in the county of   Allegheny   in the
  Western   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(1) | Bank Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Bryton J. Peternel
*Complainant's signature*

Bryton J. Peternel, USSS Special Agent
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:   05/06/2023

*Judge's signature*

City and state:   Pittsburgh, Pennsylvania     Hon. Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*