AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>CIPRIAN COSTEL BORCEA<br>a/k/a Giovani Mancini<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  23-mj-696<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 30, 2023 to May 5, 2023  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(1) | Bank Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

Please see Affidavit in Support of Criminal Complaint and Motion to Amend Complaint.

☑ Continued on the attached sheet.

/s/ Bryton J. Peternel
*Complainant's signature*

Bryton J. Peternel, USSS Special Agent
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:  05/08/2023

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania   Hon. Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*