IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | Magistrate No. 23-696 |
| v.   ) | |
| ) | |
| CIPRIAN COSTEL BORCEA   ) | |
| a/k/a Giovani Mancini   ) | |

## AFFIDAVIT IN SUPPORT OF AMENDED CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bryton J. Peternel, being duly sworn, state as follows:

1. I am a Special Agent with United States Secret, and on May 6, 2023, I executed an Affidavit in Support of a Criminal Complaint seeking an arrest warrant for "JOHN DOE aka Giovani Mancini, which was filed at Magistrate No. 23-696, and which is incorporated herein as if set forth in full.

2. Since his arrest, federal law enforcement officials obtained the defendant's fingerprints and identified him as CIPRIAN COSTEL BORCEA, a Romanian national.

3. Based on that information and the information set forth in the previously executed affidavit, I have probable cause to believe that, from on or about March 30, 2023, to on or about May 5, 2023, CIPRIAN COSTEL BORCEA, aka Giovani Mancini, violated 18 U.S.C. §§ 1344(1) (Bank Fraud) and 1028A(a)(1) (Aggravated Identity Theft).

<i>s/ Bryton J. Peternel</i><br>
Bryton J. Peternel<br>
Special Agent, USSS

The Affiant attested to this Affidavit
by telephone pursuant to FRCP 4.1(b)(2)(A)
this 8th day of May 2023.

_____
HONORABLE PATRICIA L. DODGE
United States Magistrate Judge

1